[No. 73936-1-I.   Division One.   December 21, 2015.]

SHERRY KING, *Appellant*, v. STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Thurston County, No. 13-2-01135-0, Gary R. Tabor, J., entered December 5, 2014. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Becker and Trickey, JJ.

[No. 35195-1-II.   Division Two.   December 22, 2015.]

*In the Matter of the Personal Restraint of* MICHAEL LOUIS RHEM, *Petitioner*.

Petition for relief from personal restraint. *Denied* by unpublished opinion per Johanson, C.J., concurred in by Maxa and Melnick, JJ.

[No. 45613-3-II.   Division Two.   December 22, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. ADAM P. THOMAS, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 13-1-01540-4, Daniel L. Stahnke, J., entered November 22, 2013. *Affirmed* by unpublished opinion per Bjorgen, A.C.J., concurred in by Maxa and Lee, JJ. Now published at 192 Wn. App. 721.

[No. 45873-0-II.   Division Two.   December 22, 2015.]

KRISTY L. RICKEY ET AL., *Individually and as Copersonal Respresentatives, Appellants*, v. DENNIS CLINE ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 10-2-07470-3, Jack F. Nevin, J., entered January 10, 2014. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Bjorgen, A.C.J., and Sutton, J.